UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 24 CV 3555 |
| | ) |
| SOUTH SUBURBAN MAJOR CRIMES | ) |
| TASK FORCE, ET. AL., | ) |
| | ) |
| Defendants | ) |

**DEFENDANT C. LEYDEN'S**
**MOTION FOR PLEADING EXTENSION**

NOW COMES the Defendant, C. LEYDEN, by his attorneys, LITCHFIELD CAVO LLP and moves this Court for entry of an order granting him a pleading extension:

1. In the September 18, 2024 state report, Watkins' counsel advises that she intends to file an amended complaint. (Dkt. 69 at 4).

2. Assuming Watkins seeks leave to amend, Leyden has no objection to that putative motion.

3. Leyden, for his part, requests that this Court grant him a pleading extension up and including twenty (28) days following the filing of Watkins' Amended complaint.

4. On September 24, 2024, the undersigned asked opposing counsel, via e-mail, if she objected to this motion.(Exhibit "A") She had not responded as of the time this motion was filed.

WHEREFORE, the defendant, INVESTIGATOR C. LEYDEN, respectfully request that this Court grant him an extension up to and including twenty (28) days following the filing of plaintiff's proposed Amended Complaint.

Respectfully submitted,

By:\_/s/ *Patrick Ruberry*_____
One of the attorneys for Investigator C. Leyden

Patrick J. Ruberry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL  60606
Phone:  (312) 781-6675
Fax:     (312) 781-6630
ARDC# 6188844
ruberry@litchfieldcavo.com