

**WRITER'S ADDRESS:**
303 West Madison Street
Suite 300
Chicago, IL 60606-3300
(312) 781-6675
(312) 781-6630 (Fax)

Patrick J. Ruberry
Email: ruberry@litchfieldcavo.com

September 24, 2024

Amanda Sunshine Yarusso
amanda.yarusso@gmail.com

    Re:    Timothy Watkins vs. South Suburban Major Crimes Task Force, et al.
            Case No. 24-CV-3555
            Our File No. (3713-134)

Dear Ms. Yaruso

    It's my understanding that you intend to seek leave to amend your complaint. Given this circumstance do you object to the attached motion for pleading extension?

    Please advise accordingly.

                      Very truly yours,

                      Litchfield Cavo, LLP

                      Patrick J. Ruberry

PJR/jps
Enclosure

# Exhibit "A"

Atlanta | Boston area | Chicago | Dallas-Fort Worth | Fort Lauderdale | Hartford area | Houston | Indiana
Kansas City | Las Vegas | Los Angeles area | Louisiana | Milwaukee | New Jersey | New York | Philadelphia
Phoenix | Pittsburgh | Providence | Salt Lake City | St. Louis | Tampa | West Virginia
www.litchfieldcavo.com