**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 24 CV 3555 |
| | ) |
| SOUTH SUBURBAN MAJOR CRIMES | ) |
| TASK FORCE, ET. AL., | ) |
| | ) |
| Defendants | ) |

**DEFENDANT SOUTH SUBURBAN MAJOR CRIMES TASK FORCE'S**
**MOTION TO VACATE DEFAULTS (UNOPPOSED)**

NOW COMES the Defendant, the SOUTH SUBURBAN MAJOR CRIMES TASK FORCE, by its attorneys, LITCHFIELD CAVO LLP and moves this Court entry of an order vacating any and all technical defaults and for leave to file its appearance and for fourteen (14) day extension within which to file its responsive pleadings. In support thereof, the Task Force states as follows:

1.      The South Suburban Major Crimes Task Force (the "Task Force") appearance and responsive pleading were to be filed October 4 , 2024.

2.      Watkins filed his Amended Complaint on October 7, 2024. (See Dkt. 80)

3.      The Task Force is names as a *respondeat superior* defendant under Count III and an indemnification defendant under Count IV.

4. Counsel for Watkins advised the undersigned that she does not oppose the Task Force's motion.

WHEREFORE, the Defendant, the SOUTH SUBURBAN MAJOR CRIMES TASK FORCE respectively request that this Court vacate any technical defaults  and grant it a  for a fourteen (14) day extension up to and including January 14, 2025 to file its responsive pleading.

Respectfully submitted,

By:_/s/ *Patrick Ruberry*_____
One of the attorneys for Investigator C. Leyden and
South Suburban Major Crimes Task Force

Patrick J. Ruberry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL 60606
Phone: (312) 781-6675
Fax:     (312) 781-6630
ARDC# 6188844
ruberry@litchfieldcavo.com

2