# Ruberry, Patrick

| | |
|---|---|
| **From:** | Amanda Yarusso <amanda.yarusso@gmail.com> |
| **Sent:** | Thursday, October 10, 2024 2:26 PM |
| **To:** | Ruberry, Patrick |
| **Cc:** | Simental, Jane |
| **Subject:** | Re: FW: Timothy Watkins vs. South Suburban Major Crimes Task Force, et al., Case No. 24-CV-3555 |

**Caution:** External Email Warning - This email originated outside the firm. Please do not click links or open attachments unless you were expecting this communication. Contact Help Desk with questions - HelpDesk@LitchfieldCavo.com or 312.781.6666.

Counsel,

Please confirm that you notified the CCSAO that this subpoena was withdrawn pursuant to my email sent Oct 4 (see below).

Amanda S. Yarusso
she| her
t 773.510.6198

On Fri, Oct 4, 2024 at 8:43 AM Amanda Yarusso <amanda.yarusso@gmail.com> wrote:
Good morning counsel,

This subpoena is improper. Rule 26(d) states: "A party may not seek discovery from any source before the parties have conferred as required by Rule 26(f)..." A subpoena is a form of discovery. The parties have not had a R26f conference. Three defendants have yet to file an appearance. Notice of the subpoena was also not sent to all parties and their counsel.

Furthermore, FRCP 45(a)(4) requires that notice of a subpoena for documents be sent to **each** party **before** serving it and the attachment you sent indicates you've already served the subpoena by certified mail. ("(4) Notice to Other Parties Before Service. If the subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, then before it is served on the person to whom it is directed, a notice and a copy of the subpoena must be served on each party.")

I ask that you withdraw the subpoena. While Plaintiff does not object to seeking these documents at the appropriate time, it is premature at this stage without seeking permission of the court and/or stipulation of the parties.

I am copying all parties on this email to be sure there is no issue going forward with any party issuing subpoenas that do not comply with the Federal Rules and other legal requirements.

Thank you,



1

Amanda S. Yarusso
she| her
t 773.510.6198


On Thu, Oct 3, 2024 at 4:41 PM Simental, Jane <simental@litchfieldcavo.com> wrote:

Good afternoon:


Attached please find a subpoena for records sent in the above captioned matter.


Thank you.


**Jane P. Simental**

Legal Secretary to

Patrick J. Ruberry

Alan M. Bernover

Lauren M. Penn

Claudia B. Diaz

D 312.781.6582 | O 312.781.6677 | F 312.781.6630

Simental@LitchfieldCavo.com



303 West Madison | Suite 300 | Chicago, IL 60606

www.LitchfieldCavo.com


> Until further notice, we ask that all correspondence, pleadings, discovery or other documents be **sent in digital form**, via email, instead of (or in addition to) US Mail. Please understand that any documents sent to our physical offices may require additional response time.
>
> While service and safety of our employees, clients and our legal community colleagues remain of paramount importance, under the guidance of federal, state and local officials Litchfield Cavo has transitioned a majority of our workforce to remote work arrangements.

PRIVILEGE AND CONFIDENTIALITY NOTICE The information contained in this email and any attachments may be legally privileged and confidential. If you are not an intended recipient, you are hereby notified that any dissemination, distribution or copying of this email is strictly prohibited. If you have received this email in error, please notify the sender and permanently delete the email and any attachments immediately. You should not retain, copy or use this email or any attachment for any purpose, nor disclose all or any part of the contents to any other person. Thank you.