IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
|                 Plaintiff, | ) |
| v. | ) |
| SOUTH SUBURBAN MAJOR CRIMES TASK FORCE, VILLAGE OF BURNHAM, CITY OF OAK FOREST, VILLAGE OF DOLTON, JOHN DALEY, NICK NOMIKOS, JOSE NEVAREZ, TIMOTHY GAINER, MATTHEW GAINER, RAMIRO MONTES, ANTHONY DELGADILLO, MAJOR COLEMAN, CHARLES LEYDEN, THOMAS ASHE, DOMINICA TOLBERT, ERASMO RODRIGUEZ, KEITH WILLOUGHBY, ANTONIO PADRON, DARRYL HOPE, CHANTO IVERSON, MICHAEL VARKALIS, KURT MESSER, WILLIAM ALEXANDER, RANDALL ZIVKOVICH, TIMOTHY BOLIN, STEVEN BOWEN, PETER BELOS, CITY OF CALUMET PARK, VILLAGE OF RIVERDALE, CITY OF MARKHAM, CITY OF BLUE ISLAND, VILLAGE OF SOUTH HOLLAND, VILLAGE OF LANSING, VILLAGE OF POSEN, AND CITY OF CALUMET CITY | ) Case No. 24-CV-3555<br><br>) Hon. Sunil R. Harjani<br><br>) Mag. Judge Heather K. McShain |
|                 Defendants. | ) |

<u>NOTICE OF FILING AND CERTIFICATE OF SERVICE</u>

To:  ALL ATTORNEYS OF RECORD

      Please take notice that I have this 7th day of February, 2025, I filed with the United States for The Northern District of Illinois Eastern Division Defendants Dominica Tolbert's And City Of Markham's Response To Plaintiff's Motion (Second) to Amend the Complaint, a copy of which are attached hereto and served upon you.

      I certify that I have served this notice and the attached document by causing it to be delivered by electronic means to all attorneys of record via the Court's CM/ECF, efiling system, this 7th day of February, 2025.

Respectfully submitted,

/s/Eydie R. Glassman
Eydie R. Glassman

One of Dominika Tolbert's and City of Markham's Attorneys

Eydie R. Glassman (eydie@ergjd.com) ARDC No. 6277536
Steven A. Marderosian (steven@ergjd.com) ARDC No. 6231105
Eydie R. Glassman, Esq. Legal & Consulting Services, LLC
10 S. Riverside Plaza, Suite 875
Chicago, Illinois 60606
312.600.5001