# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WATKINS, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH SUBURBAN MAJOR CRIMES TASK FORCE, *et al.*, <br><br> Defendants. | No. 24 C 3555 <br><br> District Judge Sunil R. Harjani |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO SECOND AMENDED COMPLAINT

Thomas Ashe, Matthew Gainer, Timothy Gainer, Chanto Iverson, Kurt Messer, Ramiro Montes, and Jose Nevarez ("Defendants"), by their attorney, Kwame Raoul, Attorney General of Illinois, respectfully move for a 30-day extension of time to respond to Plaintiff's Second Amended Complaint, until June 29, 2025. In support of this unopposed motion, Defendants state as follows:

1. On May 16, 2025, Plaintiff filed his Second Amended Complaint. Dkt. 174. Defendants' deadline to answer or otherwise plead to Plaintiff's Second Amended Complaint is May 30, 2025. Dkt. 173.

2. Due to the undersigned attorney's current workload and professional obligations, Defendants require additional time to answer or otherwise plead to Plaintiff's Second Amended Complaint. Accordingly, Defendants seek an additional 30 days, until June 29, 2025, to file their answer or otherwise plead.

3. This is the first extension sought by Defendants.

4. Plaintiff does not oppose this motion.

5. This request is not made for any improper purpose. Plaintiff will not be prejudiced by the requested extension.

1

Wherefore, Defendants respectfully request that the Court grant their unopposed motion to extend the deadline to respond to Plaintiff's Second Amended Complaint by 30 days, to June 29, 2025.

Dated: May 29, 2025

                                            Respectfully submitted,

| | |
|---|---|
| **KWAME RAOUL**<br>Attorney General of Illinois | */s/ Elizabeth J. Andonova Mallory*<br>ELIZABETH J. ANDONOVA MALLORY<br>Assistant Attorney General<br>Government Representation Division<br>Office of the Illinois Attorney General<br>115 South LaSalle Street<br>Chicago, Illinois 60603<br>(312) 814-4355<br>E.AndonovaMallory@ilag.gov |