# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Timothy Watkins

                           Plaintiff,

v.                                                  Case No.: 1:24–cv–03555

                                                          Honorable Sunil R. Harjani

South Suburban Major Crimes Task Force, et al.

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, May 30, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: Defendants' unopposed motion for extension of time to file answer or otherwise plead to second amended complaint [176] is granted to and including 6/29/2025. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.