UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 24 CV 3555 |
| | ) | |
| v. | ) | Judge Sunil R. Harjani |
| | ) | |
| SOUTH SUBURBAN MAJOR CRIMES TASK | ) | Mag. Judge Heather K. McShain |
| FORCE, VILLAGE OF BURNHAM, CITY OF | ) | |
| OAK FOREST, VILLAGE OF DOLTON, | ) | |
| JOHN DALEY, NICK NOMIKOS, | ) | |
| JOSE NEVAREZ, TIMOTHY GAINER, | ) | |
| MATTHEW GAINER, RAMIRO MONTES, | ) | |
| ANTHONY DELGADILLO, MAJOR MORGAN, | ) | |
| CHARLES LEYDEN, THOMAS ASHE, | ) | |
| DOMINICA TOLBERT, ERASMO RODRIGUEZ, | ) | |
| KEITH WILLOUGHBY, ANTONIO PADRON, | ) | |
| DARRYL HOPE, CHANTO IVERSON, | ) | |
| MICHAEL VARKALIS, KURT MESSER, | ) | |
| WILLIAM ALEXANDER, | ) | |
| RANDALL ZIVKOVICH, TIMOTHY BOLIN, | ) | |
| STEVEN BOWEN, PETER BELOS, | ) | |
| CITY OF CALUMET PARK, VILLAGE OF | ) | |
| RIVERDALE, CITY OF MARKHAM, CITY OF | ) | |
| BLUE ISLAND, VILLAGE OF SOUTH | ) | |
| HOLLAND, VILLAGE OF LANSING | ) | |
| VILLAGE OF POSEN, AND | ) | |
| CITY OF CALUMET CITY | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS WILLIAM ALEXANDER AND VILLAGE OF POSEN'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS**

NOW COME Defendants, WILLIAM ALEXANDER and VILLAGE OF POSEN, by and through their attorneys, PETERSON, JOHNSON & MURRAY, LLC, and for their Motion for Extension of File Responsive Pleadings, state as follows:

1. On May 16, 2025, Plaintiff filed his Second Amended Complaint in this matter.

1

2. Pursuant to the Court's order, the Defendants were to file their responsive pleadings on or before May 30, 2025.

3. In light of the undersigned counsels' current caseload and professional commitments, Defendants respectfully request a 30-day extension of time, up to and including June 29, 2025, to file their responsive pleading to Plaintiff's Second Amended Complaint.

4. This extension is necessary to allow Defendants sufficient time to investigate the allegations in the Second Amended Complaint and to prepare an appropriate response. The requested extension is not sought for purposes of delay but to ensure adequate time for consideration of the amended claims and to allow for proper preparation of a response.

5. Counsel for Defendants has contacted Plaintiff's counsel inquiring whether this motion may be presented as unopposed but has not yet received a response.

6. The extension of time requested through this motion will prejudice no party and it is not intended for any improper purpose, such as to needlessly compound the expense of litigation or otherwise inconvenience the Court, parties or counsel.

WHEREFORE, for the above and foregoing reasons, Defendants, WILLIAM ALEXANDER and VILLAGE OF POSEN, respectfully request that this Honorable Court grant an extension of time of thirty (30) days, up to and including June 29, 2025, in which to file responsive pleading to Plaintiff's Second Amended Complaint, and for such further relief as the Court deems just and proper.

Respectfully Submitted

By: /s/ *Jeffrey Skly*
Attorney for Defendants

Jeffrey D. Skly (ARDC No. 6230287)
Adriana U. Noworolnik (ARDC No. 6334487)
Peterson, Johnson & Murray, LLC
1301 W. 22nd Street, Suite 500
Oak Brook, Illinois 6052
T: 312-724-8033
F: 312-896-9318
jskly@pjmlaw.com
anoworolnik@pjmlaw.com