IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY WATKINS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 24 cv 3555 |
| | ) | |
| | ) | District Judge Sunil R. Harjani |
| SOUTH SUBURBAN MAJOR CRIMES | ) | |
| TASK FORCE, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## THE OAK FOREST DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE ANSWER OR OTHERWISE PLEAD TO SECOND AMENDED COMPLAINT

Defendants, City of Oak Forest, and Mike Varkalis #167 (the "Oak Forest Defendants"), by their attorney, Michael J. Victor of IFMK Law, Ltd., respectfully move for an extension of time to respond to Plaintiff's Second Amended Complaint, until June 29, 2025. In support of this motion, the Oak Forest Defendants state as follows:

1. On May 16, 2025, Plaintiff filed his Second Amended Complaint. Dkt. 174. The Oak Forest Defendants' deadline to answer or otherwise plead to Plaintiff's Second Amended Complaint is May 30, 2025. Dkt. 173.

2. Due to the undersigned attorney's current workload and professional obligations, the Oak Forest Defendants require additional time to answer or otherwise plead to Plaintiff's Second Amended Complaint. Accordingly, the Oak Forest Defendants seek until June 29, 2025, to file their answer or otherwise plead.

3. This is the first extension sought by the Oak Forest Defendants to respond to the Second Amended Complaint.

1

4. Other co-defendants have been granted an extension of time until Jun 29, 2025 to respond to respond to the Second Amended Complaint. *See generally* Dkt. 182. On May 30, 2025, counsel for the Oak Forest Defendants sent counsel Plaintiff an email requesting the same extension; counsel also left a voice message request an extension. Respective counsel were not able to communicate; and therefore, the City of Oak Forest Defendants do not file the instant motion as unopposed.

5. This request is not made for any improper purpose. Plaintiff will not be prejudiced by the requested extension.

Wherefore, City of Oak Forest and Michael Varkalis #167, respectfully request that the Court grant their motion to extend the deadline to respond to Plaintiff's Second Amended Complaint and grant them until June 29, 2025 to respond to the Second Amended Complaint.

Dated: May 30, 2025                                                    Respectfully submitted,

**CITY OF OAK FOREST AND**
**MICHAEL VARKALIS #167**

By:    *s/Michael J. Victor*
       One of Defendants' Attorneys

Michael J. Victor, #6297846
IFMK Law, Ltd.
650 Dundee Road, Suite 475
Northbrook, Illinois 60062
Phone: 847/291-0200
Fax: 708/621-5538
Email: mvictor@ifmklaw.com

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 24 cv 3555 |
| | ) |
| | ) District Judge Sunil R. Harjani |
| SOUTH SUBURBAN MAJOR CRIMES | ) |
| TASK FORCE, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2025, I caused to electronically be filed the foregoing ***The Oak Forest Defendants' Motion for Extension of Time to File Answer or Otherwise Plead to Second Amended Complaint*** with the CM/ECF system, which will send notification of such filing to the following registered CM/ECF participant(s):

Amanda S. Yarusso
amanda.yarusso@gmail.com
***Attorney for Plaintiff***

John P. Maniatis
Kevin L. Kanavy
Cruser, Mitchell, Novitz, Sanchez, Gaston & Zimet, LLP
jmaniatis@cmlawfirm.com
kkanavy@cmlawfirm.com
***Attorneys for Defendants Village of Burnham, John Daley, Nick Nomikos, Timothy Bolin, Steven Bowen, and Pete Belos***

Patrick J. Ruberry
Litchfield and Cavo, LLP
ruberry@litchfieldcavo.com
***Attorney for Defendant Charles Leyden***

Michael J. McGrath
Amy E. Zale
Robert Wilder
Odelson, Murphey, Frazier & McGrath, Ltd.
mmcgrath@omfmlaw.com
azale@omfmlaw.com
rwilder@omfmlaw.com
***Attorneys for Defendants Village of Dolton, Officer Coleman, and Officer Hope***

Elizabeth J. Andonova Mallory
Michael J. Bradtke
Office of the Illinois Attorney General
E.AndonovaMallory@ilag.gov
Michael.bradtke@ilag.gov
***Attorneys for Defendants Thomas Ashe, Matthew Gainer, Timothy Gainer, Chanto Iverson, Kurt Messer, Ramiro Montes, and Jose Nevarez***

| | |
|---|---|
| Thomas Condon, Jr<br>Montana & Welch, LLC<br>tcondon@montanawelch.com<br>***Attorney for Defendant Erasmo Rodriguez*** | Dominick L Lanzito<br>Jeffrey Skly<br>Peterson, Johnson & Murray LLC<br>dlanzito@pjmlaw.com<br>jskly@pjmlaw.com<br>***Attorneys for Defendant William Alexander*** |
| John Wise<br>Montana & Welch, LLC<br>jwise@montanawelch.com<br>***Attorney for Defendant Antonio Padron*** | Peter Murphy, II<br>Law Offices of Peter Murphy<br>pmmlawyer@aol.com<br>***Attorney for Defendant William Alexander*** |
| Erin Blake<br>Montana & Welch, LLC<br>eblake@montanawelch.com<br>***Attorney for Defendants City of Blue Island and Anthony Delgadillo*** | Patrick W. Walsh<br>Patrick W. Walsh, P.C.<br>patrick@pwalsh.com<br>***Attorney for Defendant Randall Zivvi*** |

By: *s/Michael J. Victor*
Michael J. Victor, #6297846