UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Timothy Watkins
                      Plaintiff,

v.                            Case No.: 1:24–cv–03555
                            Honorable Sunil R. Harjani

South Suburban Major Crimes Task Force, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 2, 2025:

      MINUTE entry before the Honorable Sunil R. Harjani: The Court strikes all briefing schedules on the pending motions to dismiss. Various defendants have moved to dismiss, answer the Second Amended Complaint, or have asked for an extension of time. The Court will await all defendants' responses before setting any further briefing schedule so that Plaintiff may file one consolidated response and Defendants' can file a joint reply, together or in various groups, to avoid excessive briefing. The Court must express its dismay that this case is over a year old and that the parties are still in the motion to dismiss stage, but those are choices the parties have made, such as filing a second amended complaint when some claims were already permitted to proceed to discovery, and more motions to dismiss practice when an answer may have sufficed. The parties are ordered to meet and confer to determine whether there is any method by which they can avoid further delay and motion practice, and report to the Court at an in–person status hearing set for 6/18/2025 at 9:30 a.m. in Courtroom 1925. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.