# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
| | ) |
| Plaintiff, | ) |
| Vs. | ) Case No. 24 CV 3555 |
| | ) |
| SOUTH SUBURBAN MAJOR CRIMES | ) |
| TASK FORCE, ET. AL., | ) |
| | ) |
| Defendants | ) |

## DEFENDANTS' OF MOTION TO DISMISS

NOW COME the Defendants, INVESTIGATOR CHUCK LEYDEN and THE VILLAGE OF SOUTH HOLLAND, by their attorneys, LITCHFIELD CAVO LLP and pursuant to Rule 12(b)(6) move this Court for entry of an order dismissing Watkins' Second Amended Complaint. In support of their motion, Leyden and the Village submit their separately filed memorandum of law.

WHEREFORE, the Defendants, INVESTIGATOR CHUCK LEYDEN and THE VILLAGE OF SOUTH HOLLAND respectfully request that this Court enter an order dismissing Watkins' Second Amended Complaint with prejudice.

Respectfully submitted,

By:_/s/ *Patrick Ruberry*_____
One of the attorneys for Investigator C. Leyden and South Suburban Major Crimes Task Force

Patrick J. Ruberry
**LITCHFIELD CAVO LLP**
303 W. Madison, Suite 300
Chicago, IL  60606
Phone:  (312) 781-6675
Fax:     (312) 781-6630
ARDC# 6188844
ruberry@litchfieldcavo.com