IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TIMOTHY WATKINS, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SOUTH SUBURBAN MAJOR CRIMES TASK FORCE, VILLAGE OF BURNHAM, CITY OF OAK FOREST, VILLAGE OF DOLTON, JOHN DALEY, NICK NOMIKOS, JOSE NEVAREZ, TIMOTHY GAINER, MATTHEW GAINER, RAMIRO MONTES, ANTHONY DELGADILLO, MAJOR COLEMAN, CHARLES LEYDEN, THOMAS ASHE, DOMINICA TOLBERT, ERASMO RODRIGUEZ, KEITH WILLOUGHBY, ANTONIO PADRON, DARRYL HOPE, CHANTO IVERSON, MICHAEL VARKALIS, KURT MESSER, WILLIAM ALEXANDER, RANDALL ZIVKOVICH, TIMOTHY BOLIN, STEVEN BOWEN, PETER BELOS, CITY OF CALUMET PARK, VILLAGE OF RIVERDALE, CITY OF MARKHAM, CITY OF BLUE ISLAND, VILLAGE OF SOUTH HOLLAND, VILLAGE OF LANSING, VILLAGE OF POSEN, AND CITY OF CALUMET CITY | ) ) ) ) ) ) ) ) ) ) ) Case No.    24-CV-3555 ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

**MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT DOMINICA TOLBERT**

Defendant Dominica Tolbert, by and through her undersigned counsel, respectfully moves this Court pursuant to Local Rule 83.17 to allow Larry S. Kowalczyk of Mohan Groble Scolaro P.C. to enter his appearance as counsel for Defendant Tolbert, and to permit the withdrawal of Eydie R. Glassman and Steven A. Marderosian of Eydie R. Glassman, Esq. Legal

& Consulting Services, LLC, from representing Defendant Tolbert in this matter. In support of this Motion, Defendant Tolbert states:

1. Eydie R. Glassman of Eydie R. Glassman, Esq. Legal & Consulting Services, LLC initially entered her appearance on behalf of Defendant Tolbert on October 18, 2024. (Dkt. 94). On the same day, Steven A. Marderosian from the same law firm also entered an appearance to represent Defendant Tolbert. (Dkt. 95).

2. A conflict of interest between Defendant Tolbert and the City of Markham has emerged during the course of this litigation, making joint representation by the same counsel improper.

3. To address this conflict and ensure Defendant Tolbert receives unconflicted representation, she requests that Larry S. Kowalczyk of Mohan Groble Scolaro P.C. be permitted to assume her representation going forward.

4. Larry S. Kowalczyk is an attorney in good standing, duly admitted to practice before this Court, and is a member of the Trial Bar for the United States District Court for the Northern District of Illinois. Mr. Kowalczyk has extensive experience representing clients in Section 1983 civil rights matters and has litigated numerous cases in both federal and state courts. He is fully prepared to undertake the representation of Defendant Tolbert in this litigation.

5. Given the conflict of interest described above, Eydie R. Glassman and Steven A. Marderosian respectfully seek leave to withdraw as counsel for Defendant Tolbert. Concurrent with this withdrawal, Larry S. Kowalczyk requests permission to enter his appearance on Defendant Tolbert's behalf.

6. This substitution will not cause any prejudice to Defendant Tolbert, who will continue to receive competent legal representation from experienced counsel at Mohan Groble Scolaro P.C. Mr. Kowalczyk is familiar with the case and prepared to proceed without delay.

WHEREFORE, Defendant Dominica Tolbert thus respectfully requests that this Honorable Court enter an order: (1) granting Eydie R. Glassman and Steven A. Marderosian leave to withdraw as counsel for Defendant Tolbert; and (2) permitting Larry S. Kowalczyk to enter his appearance as counsel of record for Defendant Tolbert.

Dated: November 13, 2025                                                  Respectfully submitted,


By: /s/ *Larry S. Kowalczyk*
      Larry S. Kowalczyk

Larry S. Kowalczyk
MOHAN GROBLE SCOLARO, P.C.
55 West Monroe Street, Suite 1600
Chicago, IL 60603
(312) 422- 5888
Email: lkowalczyk@mohangroble.com
Attorney No: 6225367

## CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on November 13, 2025, I electronically filed the foregoing MOTION TO SUBSTITUTE COUNSEL FOR DEFENDANT DOMINICA TOLBERT with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered counsel of record.

/s/ *Larry S. Kowalczyk*
Larry S. Kowalczyk