**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**


Timothy Watkins

                                        Plaintiff,

v.                                                          Case No.: 1:24–cv–03555
                                                            Honorable Sunil R. Harjani

South Suburban Major Crimes Task Force, et al.

                                        Defendant.



**NOTIFICATION OF DOCKET ENTRY**



This docket entry was made by the Clerk on Tuesday, April 7, 2026:


        MINUTE entry before the Honorable Heather K. McShain: Before the Court is plaintiff's motion, [289], to withdraw his motion to compel, [286]. For the reasons stated in the motion and good cause shown, the Court grant's plaintiff's motion. [289]. Plaintiff's motion to compel, [286], is stricken. Also before the Court is defendants' motion for an extension of the fact discovery deadline. [290]. For the reasons stated in the motion and good cause shown, the Court grants defendants' motion by extending the fact discovery deadline 60 days. Fact discovery to be completed by 09/28/2026. The Court also sets a deadline of 07/31/2026 to notice all depositions, but will not order that written fact discovery needs to be completed before depositions commence. The Court will also refrain from setting a status hearing at this time. The Court again notes that it already accommodated the large amount of discovery by entering an extended discovery timeline initially. The parties should not expect another extension absent a showing of extraordinary or unforeseen circumstances. Finally, the Court reviewed the parties' joint status report, [288], which reports that discovery is ongoing and some settlement discussions are occurring, but does not request a settlement conference. As ordered by the Court, [285], the report explains that plaintiff intends to depose each defendant as well as a Rule 30(b)(6) witness for the South Suburban Major Crimes Task Force. Defendants have also listed their planned depositions. The parties have also started coordinating available deposition dates. Further joint status report due 05/05/2026 to update the Court on (a) the progress of discovery, including the number of depositions noticed and taken by each party; (b) the state of settlement discussions, if any; and (c) any other matters the parties believe should be brought to the Court's attention. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.